**Order filed September 30, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00049-CR

_____

## LUIS RAMIREZ RUEDAS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**

**Tarrant County, Texas**

**Trial Court Cause No. 1274451D**

### O R D E R

This appeal has become unduly stalled due to the failure of Appellant's appointed counsel, Donald S. Gandy, to file an appellate brief. We note that the brief was originally due on March 21, 2013. By letter dated July 25, 2013, this court directed counsel to file in this court an appellate brief on or before August 9, 2013. Counsel has ignored this court's directive.

By this order, Donald S. Gandy is ORDERED to file in this court a brief on behalf of Appellant on or before **3:00 p.m. on Friday, October 11, 2013**. At that time, Appellant's brief shall either be physically present in the clerk's office of the Eleventh Court of Appeals at 100 West Main Street, Suite 300, in Eastland, Texas, or electronically filed in the portal for the Eleventh Court of Appeals through www.texas.gov. If Appellant's brief has not been received by this court at **3:00 p.m. on Friday, October 11, 2013**, Donald S. Gandy is ORDERED to appear in person at that time in the courtroom of the Eleventh Court of Appeals at 100 West Main Street in Eastland, Texas, to explain the inordinate delay in the preparation of Appellant's brief.

PER CURIAM


September 30, 2013

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.

2